KAMALA D. HARRIS
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General
KAREN KIYO LOWHURST
Deputy Attorney General
State Bar No. 173622
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2197
  Fax: (510) 622-2270
  E-mail: KarenKiyo.Lowhurst@doj.ca.gov
*Attorneys for Defendant Jose Solis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE ANDERSON,**<br><br>                Plaintiff,<br><br>    v.<br><br>**JOSE SOLIS AND DOES 1-100,**<br><br>                Defendant. | C 12-3855 PJH<br><br>**(PROPOSED) ORDER APPROVING STIPULATED BRIEFING SCHEDULE** |

    Good cause appearing, the Court hereby approves the stipulated briefing schedule, on Defendant Solis's Motion to Dismiss, as set forth in Docket Item 17: Hearing set for 12/5/2012 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 10/30/2012. Replies due by 11/5/2012.

IT IS SO ORDERED.

10/16/12

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

OK2012901005
90267880.doc

1

(PROPOSED) ORDER APPROVING STIPULATED BRIEFING SCHEDULE: (C12-3855 PJH)