1   KAMALA D. HARRIS
    Attorney General of California
2   MIGUEL A. NERI
    Supervising Deputy Attorney General
3   KAREN KIYO LOWHURST
    Deputy Attorney General
4   State Bar No. 173622
      1515 Clay Street, 20th Floor
5     P.O. Box 70550
      Oakland, CA  94612-0550
6     Telephone:  (510) 622-2197
      Fax:  (510) 622-2270
7     E-mail:  KarenKiyo.Lowhurst@doj.ca.gov
    *Attorneys for Defendant Jose Solis*

8

9                   IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  **GEORGE ANDERSON,**                     C 12-3855 PJH

                             Plaintiff,     **(~~PROPOSED~~) ORDER APPROVING
14                                          STIPULATED BRIEFING SCHEDULE**

15          **v.**

16  **JOSE SOLIS AND DOES 1-100,**

17                             Defendant.

18

19        Good cause appearing, the Court hereby approves the stipulated briefing schedule, on

20  Defendant Solis's Motion to Dismiss, as set forth in Docket Item 17:  Hearing set for 12/5/2012

21  09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due

22  by 10/30/2012.  Replies due by 11/5/2012.

23  IT IS SO ORDERED.

24
                                          _____
25          10/16/12                      HON. PHYLLIS J. HAMILTON
                                          UNITED STATES DISTRICT JUDGE
26  OK2012901005
    90267880.doc
27

28

                                          1
                    (PROPOSED) ORDER APPROVING STIPULATED BRIEFING SCHEDULE:  (C12-3855 PJH)