Michael D. Meadows (State Bar No. 62110)
Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANDERSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSE SOLIZ, JAMES DIENER, ADAM RICHARDSON, CRAIG ROTHHAMMER AND DOES 4-100,<br><br>    Defendants. | **Civil Action No.:  CV-12-3855 PJH**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO SERVE DEFENDANTS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff's request to be allowed an additional two weeks to serve recently added Defendants is hereby granted.  The defendants must be served with the Summons and First Amended Complaint on or by January 29, 2014.

IT IS SO ORDERED.

Dated: 1/14/14

_____
The Honorable Phyllis J. Hamilton
U.S. District Court Judge
Northern District of California

*Anderson v. Soliz, et al.*                                                                                                    Page 1
[PROPOSED] ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO SERVE DEFENDANTS