KAMALA D. HARRIS
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General
KAREN KIYO LOWHURST
Deputy Attorney General
State Bar No. 173622
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2197
  Fax:  (510) 622-2270
  E-mail:  KarenKiyo.Lowhurst@doj.ca.gov
*Attorneys for Defendants Department of Health Services, Jose Solis, Adam Richardson and Craig Rothhammer*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANDERSON,<br><br>                      Plaintiff,<br><br>v.<br><br>JOSE SOLIS, JAMES DIENER, ADAM RICHARDSON, CRAIG ROTHHAMMER AND DOES 4-100,<br><br>                      Defendants. | C 12-3855 VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:  Courtroom 4, 17th Floor<br>Judge:  The Honorable Vince Chhabria<br>Trial Date:  June 1, 2014<br>Action Filed:  July 24, 2012 |

The parties undersigned hereby stipulate, and respectfully request, that this Court continue the case management conference currently scheduled for October 21, 2014 at 10:00 a.m..

There is GOOD CAUSE for continuance of the case management conference because counsel for Defendants will be out of the State due to a previously scheduled vacation.

///

///

1

**IT IS SO STIPULATED.**

Dated:  October 6, 2014          CASPER MEADOWS, SCHWARTZ & COOK

                                 By:  /s/
                                      MICHAEL D. MEADOWS
                                      *Attorney for Plaintiff George Anderson*

Dated:  October 6, 2014          KAMALA D. HARRIS
                                 Attorney General of California
                                 MIGUEL A. NERI
                                 Supervising Deputy Attorney General

                                 By:  /s/
                                      KAREN KIYO LOWHURST
                                      Deputy Attorney General
                                      *Attorneys for Defendants Department of Health Services, Jose Solis, Adam Richardson and Craig Rothhammer*

### ECF CERTIFICATION

I attest that the filing of this Stipulation and Proposed Order conforms with the requirements of Local Rule 5-1(i), and that counsel for Plaintiff has approved this Stipulation and Order.

Dated:  October 6, 2014          KAMALA D. HARRIS
                                 Attorney General of California
                                 MIGUEL A. NERI
                                 Supervising Deputy Attorney General

                                 By:  /s/
                                      KAREN KIYO LOWHURST
                                      Deputy Attorney General
                                      *Attorneys for Defendants Department of Health Services, Jose Solis, Adam Richardson and Craig Rothhammer*

|     |     |
| --- | --- |
| 1   | ~~[PROPOSED]~~ **ORDER** |
| 2   |     |
| 3   | Pursuant to Stipulation, **IT IS SO ORDERED.** |
| 4   | The Case Management Conference previously set for October 21, 2014 at 10:00 a.m. is |
| 5   | rescheduled for October 28, 2014 at 10:00 a.m. before the Honorable Vince Chhabria. Not less |
| 6   | than seven days prior, counsel shall submit a joint case management conference statement not to |
| 7   | exceed ten pages. |
| 8   | Dated: October 8, 2014 |

_____
THE HONORABLE VINCE CHHABRIA
U.S. District Court Judge

OK2012901005
90441346