KAMALA D. HARRIS
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General
KAREN KIYO LOWHURST
Deputy Attorney General
State Bar No. 173622
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2197
 Fax:  (510) 622-2270
 E-mail:  KarenKiyo.Lowhurst@doj.ca.gov

*Attorneys for Defendants Department of Health Services, Jose Solis, Craig Rothhammer and Adam Richardson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE ANDERSON,**<br><br>                                          Plaintiff,<br><br>v.<br><br>**JOSE SOLIS AND DOES 1-100,**<br><br>                                          Defendant. | Case No.  C 12-3855 VC<br><br>SECOND STIPULATION AND ~~(PROPOSED)~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED<br><br>Date:           October 28<br>Time:          10:00 a.m.<br>Courtroom: 14, 7th floor<br>Judge:         The Honorable Vince Chhabria<br>Trial Date:   June 1, 2015<br>Action Filed: July 24, 2012 |

1. On July 8, 2014, a Case Management Conference in this matter was held.  At that CMC, the Court retained the original scheduling order issued by Judge Hamilton prior to the transfer of the case.

1

2.      On October 2, 2014, the Court ordered another case management conference for October 21, 2014.

3.      On 6, 2014 and 8, 2014, due to a pre-planned and pre-purchased vacation scheduled for October 17-22, Counsel for Defendants requested and received a stipulation to request the CMC date be moved from October 21 to October 28. The Court granted that request.

4.      On October 16, due to Hurricane Ana, Defendants' counsel's plans were moved from the above dates to October 24-29, 2014, the only available dates within which the vacation could be rescheduled without a forfeiture of substantial money.

5.      On October 20, 2014, counsel for Defendant became ill and missed three days of work, thereby delaying the filing of this stipulation and request.

6.      Defendants' counsel is the only Deputy in the office who is currently scheduled to try the case, and the only counsel with a thorough knowledge of the issues and facts.

7.      For these reasons, the parties again stipulate and request the Court move the CMC, currently scheduled for October 28, 2014, to another date convenient to the Court and parties.

IT IS SO STIPULATED.

Dated: October 6, 2014

CASPER MEADOWS, SCHWARTZ & COOK  
By: /s/  
MICHAEL D. MEADOWS  
Attorney for Plaintiff George Anderson

Dated: October 23, 2014

KAMALA D. HARRIS  
Attorney General of California  
MIGUEL A. NERI  
Supervising Deputy Attorney General  
By: /s/  
KAREN KIYO LOWHURST  
Deputy Attorney General

2

SECOND STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 12-3855 VC)

)

                                                        Attorneys for Defendants Department of Health Services, Jose Solis, Adam Richardson and Craig Rothhammer

### ECF CERTIFICATION

I attest that the filing of this Stipulation and Proposed Order conforms with the requirements of Local Rule 5-1(i), and that counsel for Plaintiff has approved this Stipulation and Order.

Dated: October 23, 2014

                                                        KAMALA D. HARRIS
Attorney General of California
MIGUEL A. NERI
Supervising Deputy Attorney General
By: /s/
KAREN KIYO LOWHURST
Deputy Attorney General

Attorneys for Defendants Department of Health Services, Jose Solis, Adam Richardson and Craig Rothhammer

The case management conference is rescheduled for Thursday, November 13, 2014, at 10:00 a.m. An updated case management conference statement is due no later than November 6, 2014.

Date: October 24, 2014

*IT IS SO ORDERED AS MODIFIED*

Judge Vince Chhabria

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

3

SECOND STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (C 12-3855 VC)