Michael D. Meadows (State Bar No. 62110)
Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANDERSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOSEPH SOLIZ, JAMES DIENER, ADAM RICHARDSON, CRAIG ROTHHAMMER AND DOES 4-100<br><br>    Defendants. | **Civil Action No.: CV-12-3855 VC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT MOTION HEARING AND TO EXTEND OPPOSITION AND REPLY DEADLINES TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Motion for Summary Judgment: 4/2/15**<br>**Time: 10:00 am**<br>**Courtroom: 4, 17th Floor**<br>**Judge: Hon. Vince Chhabria**<br>**Trial Date: June 1, 2015**<br>**Action Filed: July 24, 2012**<br><br>**Honorable Vince Chhabria** |

The parties hereby stipulate to, and request, the following:

(1) The hearing for Defendants' Motion for Summary Judgment currently set for April 2, 2015 is continued to April 23, 2015 at 10:00 am.

(2) The deadline for Plaintiff to file the Opposition to Defendants' Motion for

---

*Anderson v. Soliz, et al.* Page 1
Stipulation And [Proposed] Order To Continue Summary Judgment Motion and to Extend Opposition and Reply Deadlines To Defendants' Motion For Summary Judgment

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Summary Judgment is changed from February 25, 2015 to March 5, 2015.

(3)	The deadline for Defendants to file their Reply to Opposition is changed from March 11, 2015 to March 26, 2015.

IT IS SO STIPULATED:

Respectfully submitted,

/s/ Michael D. Meadows

MICHAEL D. MEADOWS
CASPER, MEADOWS, SCHWARTZ & COOK
A PROFESSIONAL CORPORATION
California Plaza
2121 North California Boulevard, Suite 1020
Walnut Creek, California  94596
meadows@cmslaw.com


/s/ Karen Kiyo Lowhurst

KAREN KIYO LOWHURST
DEPUTY ATTORNEY GENERAL
1515 Clay Street, Twentieth Floor
Post Office Box 70550
Oakland, California  94612-0550
KarenKiyo.Lowhurst@doj.ca.gov


IT IS SO ORDERED:


Dated: February 11, 2015                              HONOR

*IT IS SO ORDERED*
*Judge Vince Chhabria*

---

*Anderson v. Soliz, et al.*                                                                                   Page 2
Stipulation And [Proposed] Order To Continue Summary Judgment Motion and to Extend Opposition
and Reply Deadlines To Defendants' Motion For Summary Judgment