UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE SOLIS, et al.,<br><br>        Defendants. | Case No.  12-cv-03855-VC<br><br>**REQUEST FOR FURTHER BRIEFING** |

The Court has received the defendants' request for a prompt ruling in light of the upcoming trial date.  In furtherance of that request, the Court invites the defendants to submit a supplemental letter brief, not to exceed three pages, single-spaced, on qualified immunity.  In particular, the defendants should answer the following question:  If the Court concludes there is a fact issue on whether the defendants' failure to impose a 2:1 escort ratio violated Anderson's constitutional rights, could the defendants nonetheless be entitled to qualified immunity from this claim?  Or would a finding that the defendants committed a constitutional violation in failing to impose a 2:1 ratio necessarily preclude a finding of qualified immunity?  In discussing this question, the defendants need not argue for qualified immunity based on the failure to approve the use of walking restraints; the Court already understands how the defendants could enjoy qualified immunity for this failure even if there were a fact issue on whether it violated the constitution.

The defendants must file their brief by Thursday, April 16, 2015.  The plaintiff may respond with a three-page letter brief by Monday, April 20, 2015.

**IT IS SO ORDERED.**

Dated: April 14, 2015

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California