Michael D. Meadows (State Bar No. 62110)
Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:     (925) 947-1147
Facsimile:      (925) 947-1131

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANDERSON,<br><br>         Plaintiffs,<br><br>vs.<br><br>JOSEPH SOLIZ, JAMES DIENER, ADAM RICHARDSON, CRAIG ROTHHAMMER AND DOES 4-100<br><br>         Defendants. | **Civil Action No.:  CV-12-3855 VC**<br>**Assigned to the Honorable Vince Chhabria**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO REINSTATE THE CASE**  AS MODIFIED |

The Court has reviewed Plaintiff George Anderson's ("Plaintiff") request to reinstate the case seeking an additional 30 days to consummate the settlement between the parties so that the instant action is not dismissed with prejudice on June 26, 2015.  It is hereby ORDERED that Plaintiff's request IS GRANTED.  The instant action is reinstated.  The parties shall retain the right to prosecute and defend the action.  The parties shall have until July 26, 2015 to consummate the settlement.  Hence, if the Court does not receive a request from either party before July 26, 2015 that further time is needed to consummate the settlement, the case will be dismissed with prejudice.

IT IS SO ORDERED

Dated: June 24, 2015

VINCE CHHABRIA
United States District Judge

*Anderson v. Soliz, et al.*                                                                                                              Page 1
*[Proposed] Order Granting Plaintiff's Request to Reinstate the Case*

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131