UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE ANDERSON,

    Plaintiff,

v.

JOSE SOLIS, et al.,

    Defendants.

Case No. 12-cv-03855-VC

**ORDER OF DISMISSAL**

Re: Dkt. No. 101

Pursuant to the order of August 3, 2015, the case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 28, 2015

VINCE CHHABRIA
United States District Judge